```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROYAL LINEN LTD., ET AL.,

                Plaintiffs,        24-cv-7092 (JGK)

      - against -                ORDER

ABG INTERNATIONAL, INC., ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 21, 2024.

SO ORDERED.

Dated:    New York, New York
           November 7, 2024

                                            John G. Koeltl
                                United States District Judge