UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYAL LINENT LTD., ET AL.,

          Plaintiffs,

- against -

ABG INTERNATIONAL, INC., ET AL.,

          Defendants.

24-cv-7092 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the defendant may file its amended counterclaims on or before **December 20, 2024**. The plaintiff should move or answer the counterclaim by **January 10, 2025**. The defendant should respond by **January 24, 2025**. The plaintiff may reply by **February 7, 2025**.

SO ORDERED.

Dated:    New York, New York
            December 4, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    United States District Judge