UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROYAL LINEN LTD.,
                Plaintiff(s)

    -against-

ABG INTERNATIONAL, INC., et al,
                Defendant(s).
-----------------------------------------------------------X

24 civ 7092 (JGK)

## ORDER

The conference scheduled for December 18, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           December 4, 2024