UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYAL LINEN LTD., et al.,

        Plaintiffs,

-against-

ABG INTERNATIONAL, INC., et al.,

        Defendants.

24-CV-7092 (JGK) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The parties shall meet and confer further about a possible stipulation permitting Plaintiff to file an amended complaint. The parties' joint letter motion for clarification is GRANTED IN PART, in that the parties are permitted to take up to six depositions per side. The deadline for completing fact discovery is extended by 45 days. I do not anticipate further extensions of the fact discovery deadline absent very good cause shown. The parties shall by **August 13, 2025** provide their availability for an in-person settlement conference in August or early September.

    The Clerk of Court is respectfully requested to terminate ECF 45.

DATED: August 12, 2025
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge