# Greenspoon Marder LLP

Brian A. Bloom, Partner
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: 212.524.5000
Fax: 212.524.5050
Email: Brian.Bloom@gmlaw.com

October 28, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
KoeltlNYSDChambers@nysd.uscourts.gov

*Application granted.*
*So ordered.*
*[signature] J.G. Koeltl*
*10/29/25 U.S.D.J.*

Re: *Royal Linen Ltd. et al v. ABG International, Inc. et al,*
1:24-cv-07092-JGK-RFT

Dear Honorable Judge Koeltl:

We represent Plaintiffs Royal Linen Ltd. and Royal Linen Capital, Ltd. in the above-referenced action. We write pursuant to Section I.C. of Your Honor's Individual Practices, to request an extension of time for submission of the Parties' settlement agreement with the Court or, alternatively, an application for restoration of the action per the Court's Order of September 9, 2025 (the "Order," ECF No. 51).

The Parties are diligently endeavoring to finalize a settlement agreement consistent with the terms agreed-upon at the settlement conference held on September 8, 2025. The Parties previously requested an extension of time on October 2, 2025, to October 29, 2025, which the Court granted. *See* ECF Nos. 52, 53. However, due to the complex nature of the terms of settlement, the Parties jointly seek a ten (10) day extension of time to submit the settlement agreement to the Court or, alternatively, restore the action to November 7, 2025.

This anticipated final request to modify the date set forth in the Order is made in good faith and with the consent of Defendants ABG International, Inc., BB IPCO, LLC, and Nautica Apparel, Inc.

We thank Your Honor for the considered attention to this matter.

Honorable John G. Koeltl, U.S.D.J.
October 28, 2025
Page 2

Respectfully submitted,

_____
Brian Bloom
Greenspoon Marder LLP
*Counsel for Plaintiffs*


/s/ *David Lamb*

_____
David Lamb
Gish PLLC
*Counsel for Defendants*